456 A.2d 1106

Newbauer v. Taylor,. Appellant.

Argued April 21, 1982.

Russell Taylor, M.D., submitted a brief on behalf of appellant, in propria persona; Marc Alan Krefetz, for appellee.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Order affirmed.